IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARY QUARTERMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 326-035 |
| DOLLAR TREE STORES, INC., | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on May 29, 2026, of the requirement to do so by the deadline of ten days after issuance of the notice.  (See doc. no. 3.)  By no later than Monday, June 22, 2026, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel.  The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email at zac@dozierlaw.com and by U.S. Mail.

SO ORDERED this 12th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA